**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1008**

JOHN PAUL TURNER,

          Plaintiff - Appellant,

    v.

AUGUSTA COUNTY CIRCUIT COURT; CHURCHVILLE FIREHOUSE VOTING
POLL; CITY OF STAUNTON; ADJUTANT GENERAL OF VIRGINIA,

          Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, District
Judge. (7:07-cv-000530-SGW)

Submitted: February 20, 2008      Decided: March 6, 2008

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Turner v. Augusta County Circuit Court, No. 7:07-cv-00530-SGW (W.D. Va. Oct. 31, 2007; Nov. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED